IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRADFORD SAVAGE,                                Case No. 07-1078-HO

       Plaintiff,                              JUDGMENT

  v.

Commissioner of Social Security,

       Defendant,

    The decision of the Commissioner is affirmed.

    DATED this  11th  day of September, 2008.


                                                s/ Michael R. Hogan
                                          United States District Judge